To: Judge, US District Court
 To Clerk of Court

Fr: Ernesto M. Alvarez
 CF0467-02

Re: Conspiracy to Commit
 Perjury

FILED
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

CV-05-00036

Your Honor,

When Immigration Judge Hon. Dayna Beamer were reading the "Plea-agreement", I noticed the defect.

The Superior Court judge Steven S. Unpingco, prosecutor Dianne Corbett and my defense counsel entered into a conspiracy by altering the wordings on page 2, 3 and 7 of the plea-agreement submitted to the INS.

- On the 2nd plea I signed, on page 7, it's like; "If and when the defendant is not deported, the defendant shall serve (5) years at the Department of Corrections..."
Here, I made a complain to Guam Judicial Council Board and I gave the copy of my 1st plea-agreement to the "Ethics Prosecutor". I told them that, the 1st plea doesn't say on page 7, letter (j), "If and when the defendant is not deported..." I also mentioned that the court, AG and defense counsel has nothing to do with 'Deportation', it's the INS/Federal who has the jurisdiction on 'Deportation Issue'.

- When INS gave me a copy of plea-agreement, all I did is look at page 7, letter (j), this time it says, "Once the Defendant is deported, or otherwise removed,..."
 I thought I was released, but instead they moved the wordings to page 3 (top portion).

I wrote Judge Dayna, I told her that Superior Court and the AG committed a 'falsification of public document' and I asked if 'FBI' can investigate and process my complaint. So, it means, that there's a contrivance of public officials by submitting

as evidence they knew that it was perjured. The worst is that, Superior Court of Guam is submitting it to a Federal Court. This is a violation of Ethics in the highest level.

"It says on page 2, 5(a) That as to the charge of Attempted Murder (As a 1st Degree felony), the Defendant shall be sentenced to fifteen (15) years imprisonment at the Department of Corrections, with all but three (3) years shall be suspended to permit the commencement and conclusion of ongoing deportation proceedings against the ...

(page 3) Defendant. In the event that Defendant is not deported, Defendant shall serve the remainder of the sentence which has been suspended."

The two plea-agreements in my possession I signed:

1. I mailed the first plea to the "Ethics prosecutors", Atty. Alberto Tolentino.
   Suite 104 Calvo & Arriola Prof. Bldg.
   259 Martyr St. Hagatña, Guam 96910

2. I mailed the 2nd plea to my sister HERMINIA ALVAREZ — Tel (619) 948-6124
   PMB 180
   4364 BONITA Rd.
   BONITA, CA. 91902

They can be contacted just to make comparison of a plea-agreement.

The plea-agreement regardless of what language it was is unconstitutional, invalid and void, it constitute multiple punishments. It's an ex post facto, it violates the 8th amendment, it's excessive, the punishment is no longer proportion to the offense.

I know I am right and the law is on my side. My Constitutional Challenge I asserted in Guam Judiciary is a "Landmark", it goes beyond the curative power of Court's instruction.

Hundreds and hundreds of Chamorro Citizens and U.S. inhabitants were denied of their rights and immunities secured and protected by 14th amendment and Federal Law. They have suffered by "Miscarriage of Law and Justice" through false imprisonment, fraudulent trial and wrongful conviction since the fine judges of Superior Court of Guam served the bench by malicious prosecution, of "Illegal or defective indictments". The statute may be valid, but their classification of an offense is void when it comes to <u>sentencing</u>

Sincerely,
[signature] 12/13/05