To: District Court of Guam

Fr: Ernesto M. Alvarez
CF0467-02
CV-05-00036

Re: Withdrawal of Petition

FILED
DISTRICT COURT OF GUAM
DEC 20 2005
MARY L.M. MORAN
CLERK OF COURT

Your Honor,

I hereby voluntarily withdrawing my petition, and all correspondence prior to the last letter I sent. I want to be deported and returned to the Philippines. I want all my petitions to be dismissed.

That I'd like the INS to process my removal as soon as possible.

Dated this 20th day of December, 2005.

Sincerely,

[signature]