# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Ernesto M. Alvarez<br><br>Petitioner,<br><br>vs.<br><br>Unknown,<br><br>Respondent. | Civil Case No. 1:05-cv-00036<br><br><br><br>**J U D G M E N T** |

    Judgment is hereby entered in accordance with Petitioner's Notice of Voluntary Dismissal filed on December 20, 2005 and pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated this 20th day of December, 2005, Hagatna, Guam.

                                                                         **/s/ Mary L.M. Moran**
                                                                           Clerk of Court