# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ernesto M. Alvarez,<br><br>                Petitioner,<br><br>     vs.<br><br>Unknown,<br><br>                Respondent. | Case No. 1:05-cv-00036<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed December 20, 2005 and Notice of Entry filed December 20, 2005,* on the dates indicated below:

U.S. Immigration and Naturalization Service
December 20, 2005

The following individual was served by first class mail on December 20, 2005:

    Ernesto M. Alvarez, c/o Department of Corrections, P.O. Box 3236, Hagatna, Guam 96932

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment filed December 20, 2005 and Notice of Entry filed December 20, 2005

were served on the above listed office and individual in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: December 20, 2005 | /s/ Renee M. Martinez<br>     Deputy Clerk |